[No. 10449–7–I.   Division One.   October 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CLARENCE A. RIGSBY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–1–01006–3, Dennis J. Britt, J., entered April 21, 1981. *Reversed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Coleman and

Pekelis, JJ. Now published at 49 Wn. App. 912.